**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
HENRY COX,

                        Plaintiff,

        -against-                                          25 **CIVIL** 10661 (LLS)

                                           **JUDGMENT**

CONVERSE; NIKE INC.; PUMA; NB; UNDER
ARMOR; LAWYERS FOR ALL PARTIES; OFF
WHITE; LEVI, AMERICAN EAGLE,

                        Defendants.
---------------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated January 29, 2026, Plaintiff's complaint, filed *in forma pauperis*

under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**Dated:** New York, New York

       February 4, 2026

                                          **TAMMI M. HELLWIG**
                                       _____
                                              **Clerk of Court**

                            **BY:**            K. mango

                                         _____
                                             **Deputy Clerk**